## Irwin v. The State.

Atkinson, Presiding Justice. The only exception being to the overruling of a motion for new trial, based on the general grounds, and the evidence being sufficient to authorize the verdict, the trial judge did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 17808. Submitted March 11, 1952—Decided April 16, 1952.

*Harris, Henson & Gower*, for plaintiff in error.

*Eugene Cook*, Attorney-General, *Carl Copeland, Wm. Hall, Pierre Howard, Charlie O. Murphy, Paul Webb*, Solicitor-General, and *Rubye G. Jackson*, contra.